**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Sergio GONZALEZ–MARTINEZ, a/k/a Arturo Garcia, a/k/a Armando Martinez–Gutierrez, Defendant—Appellant.**

No. 04–10540.

United States Court of Appeals,
Ninth Circuit.

Submitted June 12, 2006.*

Filed June 19, 2006.

Susan Baumann, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff-Appellee.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Sergio Gonzalez–Martinez, Sheridan, OR, pro se.

Myrna Rodriguez Beards, Esq., Tucson, AZ, for Defendant–Appellant.

Before: FERNANDEZ, KLEINFELD, and BERZON, Circuit Judges.

MEMORANDUM **

Sergio Gonzalez–Martinez appeals from the district court's revocation of his term of supervised release and imposition of a 24–month sentence. Gonzalez–Martinez was originally convicted of illegal re-entry after deportation subsequent to an aggravated felony conviction, in violation of 8 U.S.C §§ 1326(a) and (b)(2).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Gonzalez–Martinez has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No pro se brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.